UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br><br>   Plaintiff,<br><br>   v.<br><br>J. LOZANO, et al.,<br><br>   Defendants. | No.  2:19-cv-2152 TLN CKD P<br><br><br><br>ORDER |

   Plaintiff has filed a motion for extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

   2. Plaintiff shall file an amended complaint on or before August 15, 2020.  Failure to do so will result in a recommendation that this action be dismissed.

Dated: July 8, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
rial2152.36(2)