UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br><br>Plaintiff,<br><br>v.<br><br>J. LOZANO, et al.,<br><br>Defendants. | No. 2:19-cv-02152-TLN-CKD<br><br><br><br>**ORDER** |

Plaintiff James Alexander Rials ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 08, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

///

///

1

1     Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed December 08, 2020 (ECF No. 17), are ADOPTED IN FULL;

    2. All claims and defendants other than a claim under the Eighth Amendment for sexual abuse against Defendant C. Bowen and a claim under the Eighth Amendment for failure to protect against Defendants J. Lozano and D. Footman are DISMISSED.

    IT IS SO ORDERED.

DATED: February 10, 2021

                                            Troy L. Nunley
                                            United States District Judge