1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES ALEXANDER RIALS,                       No.  2:19-cv-02152-TLN-CKD

12               Plaintiff,

13         v.                                       ORDER

14    J. LOZANO, et al.,

15               Defendants.

16

17        Plaintiff is a state prisoner, proceeding pro se and in forma pauperis in this federal civil

18    rights action filed pursuant to 42 U.S.C. § 1983.  On February 19, 2021, this matter was referred

19    to the post-screening ADR pilot project and was stayed.  ECF No. 23.  A settlement conference

20    was held on August 16, 2021 and this case did not settle.  ECF No. 34.  As a result, the stay of

21    this action is lifted.  Defendants shall file a responsive pleading within thirty days.

22        Accordingly, IT IS HEREBY ORDERED that:

23        1.  The stay of this action is lifted; and

24    /////

25    /////

26    /////

27    /////

28    /////

1

1      2. Defendants shall file a responsive pleading within thirty days from the date of this

2   order.

3   Dated:  September 2, 2021

4                                                           _____
                                                            CAROLYN K. DELANEY
5                                                           UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11   12/rial2152.answer.docx

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28