UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br><br>Plaintiff,<br><br>v.<br><br>J. LOZANO, et al.,<br><br>Defendants. | No. 2:19-cv-02152-TLN-CKD P<br><br><br><br>ORDER |

For good cause appearing and lack of opposition thereto, **IT IS HEREBY ORDERED** that Defendants' Joint Motion to Stay non-exhaustion based discovery (ECF No. 61) is granted. Discovery pertaining to issues other than the exhaustion of an administrative remedy will not be permitted absent an order from this Court. The deadlines in the Discovery and Scheduling Order are vacated. An amended Discovery and Scheduling Order will be issued after a final ruling on Defendants' Exhaustion-Based Motions for Summary Judgment.

Dated: February 1, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/rial2152.stay.disco.msj

1