UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. LOZANO, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-2152 TLN CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to defendants' motion for summary judgement. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 70) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the motion for summary judgment.

3. Plaintiff's motion to stay these proceedings for an indefinite period of time (ECF No. 69) is denied.

Dated: March 2, 2022

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/rial2152.36.docx