UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS, | No.  2:19-cv-2152 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. LOZANO, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an opposition to defendants' January 6, 2022, motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 72) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file and serve any opposition to the motion for summary judgment.  No further extensions of time will be granted.

3. Failure to file an opposition within the time provided will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  April 7, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/rial2152.36(2)