IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES ALEXANDER RIALS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**J. LOZANO, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:19-cv-02152-TLN-CKD<br><br>**ORDER** |

**GOOD CAUSE APPEARING,** Defendants' motion for administrative relief re-extending the deadline to file a reply to opposition to motion for summary judgment is granted. The deadline to file the reply is extended to May 31, 2022.

Dated:  May 13, 2022

　　　　　　　　　　　　　　　　　　　*/s/ Carolyn K. Delaney*
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

SA2021300412
36167303.docx

1

(Proposed) Order  (2:19-cv-02152-TLN-CKD)