UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. LOZANO, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-02152-TLN-CKD<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 81.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 82.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 3, 2022, (ECF No. 81), are adopted in full.

2. The Motion for Summary Judgment filed by Defendants Lozano and Footman, (ECF No. 57), is GRANTED.

3. Plaintiff's claims against Defendants Lozano and Footman are DISMISSED without prejudice for failing to exhaust administrative remedies.

4. Defendant Bowen's Motion for Summary Judgment, (ECF No. 60), is GRANTED, in part, and DENIED, in part.

5. Plaintiff's claim involving ongoing sexual misconduct by Defendant Bowen is DISMISSED without prejudice for failing to exhaust administrative remedies.

6. This case is allowed to proceed on the remaining Eighth Amendment sexual abuse claim against Defendant Bowen.

7. Defendant Bowen's Motion for Summary Judgment on the merits is DENIED without prejudice to renewal at a later stage of the proceedings.

**DATED: July 18, 2022**

Troy L. Nunley
United States District Judge