1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES ALEXANDER RIALS,                    No.  2:19-cv-02152-DJC-CKD P

12              Plaintiff,

13         v.                                   ORDER

14    J. LOZANO, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On July 21, 2023, the Magistrate Judge filed findings and recommendations

21    herein which were served on all parties and which contained notice to all parties that

22    any objections to the findings and recommendations were to be filed within fourteen

23    days.  Plaintiff has filed objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25    304, this Court has conducted a *de novo* review of this case.  Having carefully

26    reviewed the entire file, the Court finds the findings and recommendations to be

27    supported by the record and by proper analysis.

28    /////

                                            1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  The findings and recommendations filed July 21, 2023, are adopted in full;

3         2.  Defendant Bowen's motion for summary judgment (ECF No. 101) is granted;

4         3.  Plaintiff's motion in limine (ECF No. 99) is denied as moot in light of the

5    recommendation to enter judgment in favor of defendant;

6         4.  Defendant's motion to strike plaintiff's motion in limine (ECF No. 100) is

7    denied as unnecessary;

8         5.  Plaintiff's request for subpoenas (ECF Nos. 97-98) is denied as moot; and

9         6.  The Clerk of the Court is directed to enter judgment in favor of defendant

10   Bowen and close this case.

11

12        IT IS SO ORDERED.

13   Dated:   **September 19, 2023**

                                       Hon. Daniel J. Calabretta

14                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22   12/rial2152.805

23

24

25

26

27

28